# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00504-CR

**Stacy Shepard, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 390TH JUDICIAL DISTRICT
## NO. 3020863, HONORABLE CHARLES F. CAMPBELL, JR., JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record contains a motion to withdraw appeal signed by appellant Stacy Shepard and his attorney and an order approving the motion signed by the district court. Appellant's motion to dismiss the appeal is granted. *See* Tex. R. App. P. 42.2(a). The appeal is dismissed.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Patterson

Dismissed on Appellant's Motion

Filed:   September 25, 2003

Do Not Publish